

Number of Pages: 02

Timothy J. Schmidt AND Janet Louise Rustici
3983 S. McCarran Blvd., #154
Reno, NV 89502-7510
Phone: 775-583-8861

Defendants



FILED

AUG 27 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Timothy Joseph Schmidt

And

Janet Louise Rustici

       Debtor.

-------------------------------------

MISSION OAKS DEVELOPMENT, LLC, a California limited liability company

   v.

XTREME HOMES, LLC a California limited liability company, TIMOTHY JOSEPH SCHMIDT, an individual, and JANET LOUISE RUSTICI, an individual.

Case No:
09-23892-B-7

Adversary: 09-2498

**RESPONSE OF DEFENDANTS,**

    Comes now Defendants, <u>Timothy Joseph Schmidt and Janet Louise Rustici</u>, and answers the adversary proceeding on file herein as follows:

1.    Defendant admits that this is a core matter as that term is defined by 28 USC §157(b)(2)(I).

---

ANSWER TO ADVERSARY COMPLAINT

-1-

Number of Pages: 02

2. Defendant admits each and every allegation of paragraphs 1, 8, 9, 13, 15, 16, and 37 of the complaint on file herein.

3. Defendant lacks information and belief and therefore denies the allegations of paragraph 2, 3, 4, 5, 11 and 38 of the complaint.

4. Defendant hereby denies each and every allegation of paragraphs 6, 7, 10, 12, 14, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 39, 40, 41 and 42 of the complaint on file herein.

Wherefore, Defendant prays that the court dismiss the complaint and that the Defendant be awarded costs of suit, including reasonable attorney fees, herein incurred.

Dated: August 24, 2009               Respectfully Submitted,

_____
Timothy Joseph Schmidt and
Janet Louise Rustici, Defendants