FILED
October 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002185103

MARK B. ALDRICH, ESQ. (BAR NO. 190951)
**ALDRICH LAW GROUP LLP**
303 Twin Dolphin Drive
Sixth Floor
Redwood City, California 94065
Telephone: (650) 632-4218
Facsimile: (650) 292-0719

Attorneys for **Plaintiff**
Mission Oaks Development, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TIMOTHY SCHMIDT and<br><br>JANET RUSTICI,<br><br>Debtors | CASE NO. 09-23892-B-7 |
| MISSION OAKS DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>XTREME HOMES, LLC, a California limited liability company; TIMOTHY JOSEPH SCHMIDT, an individual, and JANET LOUISE RUSTICI, an individual<br><br>DOES 1 through 100 inclusive,<br><br>Defendants. | ADV. CASE NO.: 09-2498-B<br><br>PLAINTIFF'S DISCOVERY PLAN<br><br>Date: November 4, 2009<br>Time: 9:30 a.m.<br>Crtrm: 33, Department B<br><br>Assigned to: Hon. Thomas C. Holman |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

COMES NOW plaintiff and creditor Mission Oaks Development, LLC ("MOD") and submits its discovery plan for the above referenced adversary proceeding.

///

///

1. The FRBP 7026 meeting should take place on or before November 15, 2009. The vast majority of documents at issue have been confiscated due to the criminal investigation of the Debtors ongoing. Plaintiff has been communicating with law enforcement officials to determine if and when the corporate records will be available for inspection.

2. The subjects on which discovery may be needed include, but are not necessarily limited to:

   a. Financial transactions and self dealing of the Debtors in their business Xtreme Homes;

   b. Tracing the approximate $185,000 in funds given to the Debtors for the MOD project. Initial information obtained from Debtors former employees indicates that the Debtors used MOD funds for their personal debts and projects and, as such, embezzled these funds from their business for their own personal gain.

   c. Tracing the materials purchased for the MOD project. Initial information obtained from Debtors former employees indicates that some of the MOD funds were used to purchase materials for the MOD project, but that those materials were used by the Debtors for their own personal projects and projects for other clients where the Debtors had used other clients' funds for their own personal use.

3. Plaintiff anticipates significant difficulties in obtaining copies of financial records seized by law enforcement during the criminal investigation of the Debtors. Plaintiff anticipates RFA's RFP's Interrogatories and at least 3-4 2004 examinations.

4. Discovery should be completed by the end of March, 2010.

5. Trial should be scheduled on or after June 21, 2010.

6. Motions pursuant to Rule 7056 should be filed on or before February 15, 2009

7. Pre-trial Motions should be filed on or after May 28, 2010.

///

8. Any joint pre-trial orders should be filed on or before June 14, 2010

Dated: October 28, 2009            ALDRICH LAW GROUP LLP

*/s/ Mark B. Aldrich*

Mark B. Aldrich, Esq.
Attorneys for Plaintiff
Mission Oaks Development, LLC

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: the Aldrich Law Group, LLP, 303 Twin Dolphin Drive, Sixth Floor, Redwood City, California 94065.

The foregoing document described as **PLAINTIFF'S DISCOVERY PLAN** will be served or was served in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark B Aldrich    maldrich@algllp.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL:** On October 5, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Defendant Timothy Joseph Schmidt<br>Timothy Joseph Schmidt<br>3983 South McCarran Boulevard<br>#154<br>Reno, Nevada 89502-7510 | Defendant Janet Louise Rustici<br>Janet Louise Rustici<br>3983 South McCarran Boulevard<br>#154<br>Reno, Nevada 89502-7510 |
|---|---|
| Defendants Timothy Joseph Schmidt and Janet Louise Rustici d/b/a Xtreme Homes, LLC<br>Timothy Joseph Schmidt and Janet Louise Rustici d/b/a Xtreme Homes, LLC<br>3983 South McCarran Boulevard<br>#154<br>Reno, Nevada 89502-7510 | |

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2009 | Mark B. Aldrich | /s/ Mark B. Aldrich |
|---|---|---|
| *Date* | *Type Name* | *Signature* |