UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Mission Oaks Development, LLC v. Xtreme Homes, LLC et al | **Case No :** | 09-23892 - B - 7 |
| | | **Adv No :** | 09-02498 - B |
| | | **Date :** | 11-4-09 |
| | | **Time :** | 09:30 |

**Matter :** Status Conference - [1] - (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Complaint 09-02498 by Mission Oaks Development, LLC against Xtreme Homes, LLC, Timothy Joseph Schmidt, Janet Louise Rustici. Fee $250 (npas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney - Mark B. Aldrich
**Respondent(s) :**
    Defendant - Timothy Schmidt (by phone), Janet Rustici (by phone)

STATUS CONFERENCE was :
Concluded

The court will issue a Scheduling order.