Case 09-02498    Doc 26    Page 1 of 2
Number of Pages: 2
FILED
July 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002772591

Douglas B. Jacobs (SBN 84153)
Jacobs, Anderson, Potter & Chaplin
20 Independence Circle
Chico, California 95973
(530) 342-6144
(530) 342-6310 fax

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| MISSION OAKS DEVELOPMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>XTREME HOMES, LLC, a California limited liability company; TIMOTHY JOSEPH SCHMIDT, an individual, and JANET LOUISE RUSTICI, an individual, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 09-23892-B-7<br><br>Adversary No.: 09-02498<br><br>**SUBSTITUTION OF ATTORNEY** |

1. The names of the party making this substitution are the Debtors, Timothy Joseph Schmidt, Janet Louise Rustici and Xtreme Homes, LLC.

2. The name, address, and telephone number of the new representation is as follows:

    Douglas B. Jacobs

    Jacobs, Anderson, Potter & Chaplin, LLP

    20 Independence Circle, Chico, CA 95973

3. Douglas B. Jacobs will hereby appear in the following matters: the entire case.

//

-1-

DEFENDANTS' SUBSTITUTION OF ATTORNEY

Number of Pages: 2

1  I consent to the following substitution.
2  Dated: 7/13/2010
3
4  _____
5  Douglas B. Jacobs, Esq.
6
7  I consent to the following substitution.
8  Dated: July 09, 2010
9
10 _____
11 Timothy Joseph Schmidt, individually,
   and on behalf of Xtreme Homes, LLC
12
13
14 _____
   Janet Louise Rustici
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

DEFENDANTS' SUBSTITUTION OF ATTORNEY